## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRELL MARTA TAYLOR** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:04CV695-LG-RHW** |
| | § | |
| **UNITED STATES OF AMERICA** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and

Recommendation of United States Magistrate Judge Robert H. Walker [35], recommending that

Plaintiff's Motion for Return of Property be denied and that this action be dismissed, the Court,

after a full review and consideration of the Recommendation, the pleadings on file and the

relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Proposed Findings of Fact and

Recommendation [35] of Magistrate Judge Robert H. Walker entered on September 11, 2007, are

adopted as the findings of this Court.  This action is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 21st day of September, 2007.


s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE